# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

**Jose Ramon Cruz-Gamez**

## WARRANT FOR ARREST

CO Case #: 13-mj-01091-CBS

CASE NUMBER: 2:10-cr-00075-001-DAK

o: The United States Marshal
and any Authorized United States Officer

ORIGINAL

JOSE RAMON CRUZ-GAMEZ aka Norman Ricardo Ramos-Callis aka Brian Roman Hernandez-Colindre aka Rogel Torres-Miranda

YOU ARE HEREBY COMMANDED to arrest _____
                                              Name

id bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
                 [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
                 [X] Supervised Release Violation Petition

arging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

violation of _____ United States Code.

Mark Jones                                  Clerk of Court
ame of Issuing Officer                      Title of Issuing Officer

[signature]                                 September 20, 2012 at Salt Lake City, Utah
gnature of Issuing Officer                  Date and Location

y:  Becky Strauch
    Deputy Clerk

RECEIVED
UNITED STATES
DISTRICT OF UTAH
'12 SEP 20 P1

ail fixed _____ by _____
                                         Name of Judicial Officer

**RETURN**

his warrant was received and executed with the arrest of the above-named defendant at _____

| ATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| ATE OF ARREST | | |

PROB 12C



# United States District Court
## for the District of Utah

## Petition and Order for Warrant for Offender Under Supervision

FILED
U.S. DISTRICT COURT

Name of Offender: Jose Ramon Cruz-Gamez    Docket Number: 2:10-CR-00075-001-DAK

DISTRICT OF UTAH

Name of Sentencing Judicial Officer:    **Honorable Dale A. Kimball**
                                                 **Senior U.S. District Judge**

BY:_____
DEPUTY CLERK

Date of Original Sentence: April 5, 2010

Original Offense:    Reentry of a Previously Removed Alien
Original Sentence:    21 Months Bureau of Prisons Custody/36 Months Supervised Release

Type of Supervision: **Supervised Release**           Supervision Began: **July 27, 2011**

## PETITIONING THE COURT

[X]    To issue a warrant to be placed as a detainer    In custody: Adams County Jail,
       tolling the supervision term as of September 20, 2012    Brighton, CO

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**    On or about August 23, 2012, the defendant illegally reentered the United States and was found within the District of Colorado.

**Allegation No. 2:**    On or about August 23, 2012, the defendant committed another federal, state, or local crime, to wit: attempt to distribute a controlled substance (heroin).

Evidence in support of these allegations are contained in the Aurora, Colorado, Police Department arrest Report No. 2012-32803.

I declare under penalty of perjury that the foregoing is true and correct.

*Jennifer Gaston*

Jennifer Gaston, U.S. Probation Officer
Date: September 20, 2012

PROB 12C

Jose Ramon Cruz-Gamez
2:10-CR-00075-001-DAK

## THE COURT ORDERS:

[X] The issuance of a warrant to be placed as a detainer, tolling the supervision term as of September 20, 2012

[ ] No action

[ ] Other

_Dale A. Kimball_ (signature)
Honorable Dale A. Kimball
Senior U.S. District Judge

Date: September 20, 2012