IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mj-01091-CBS-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE RAMON CRUZ-GAMEZ,

      Defendant.
_____

NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim

s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on 6/11/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, AUSA
    email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jose Ramon Cruz-Gamez    (via Mail)
    Reg. No. 16806-081
    c/o FDC-Englewood

                                      s/ Scott T. Varholak
                                      Scott T. Varholak
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Scott.Varholak@fd.org
                                      Attorney for Defendant