IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-mj-01091-CBS

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.  JOSE RAMON CRUZ-GAMEZ,

    **Defendant.**

---

### NOTICE OF ENTRY OF APPEARANCE

---

    COMES NOW Richard A. Hosley, Assistant United States Attorney, and enters his appearance as counsel for the Government in the above-captioned action.  Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

    Dated this 13th day of June, 2013.

                                                 Respectfully submitted,

                                               JOHN F. WALSH
                                               United States Attorney

                            By:    *s/Richard A. Hosley*
                                         RICHARD A. HOSLEY
                                         Assistant U.S. Attorney
                                         1225 Seventeenth Street, Suite 700
                                         Denver, Colorado  80202
                                         Phone: (303) 454-0100
                                         FAX: (303) 454-0403
                                         Email: richard.hosley@usdoj.gov
                                         Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2013, I electronically filed the foregoing

**NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following e-mail addresses:

**Martha Ann Paluch**
   Martha.Paluch@usdoj.gov,USACO.ECFCivil@usdoj.gov,barbara.gardalen@usdoj.gov

**Scott Thomas Varholak**
   Scott_varholak@fd.org,scottvarholak@msn.com,COX_ECF@fd.org

                                                   s/Valerie Nielsen
                                                   VALERIE NIELSEN
                                                   Legal Assistant
                                                   U.S. Attorney's Office
                                                 1225 Seventeenth Street, Suite 700
                                                 Denver, Colorado 80202
                                                 Telephone: (303) 454-0100
                                                 Fax:   (303) 454-0406
                                                 E-mail:valerie.nielsen@usdoj.gov