IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-mj-01091-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE RAMON CRUZ-GAMEZ,

       Defendant.

---

### MOTION TO WITHDRAW

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record in the above-captioned case and that her email address be removed from the Court's electronic filing notification system with respect to notices in this matter.  As grounds for this motion, the government states that AUSA Richard A. Hosley is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

     Dated this 14th day of June, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Martha.Paluch@usdoj.gov
Attorney for the United States

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this  14th  day of June, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Allyn Hosley , III
Richard.hosley@usdoj.gov,Valerie.Nielsen@usdoj.gov,USACO.ECFCriminal@usdoj.gov

Scott Thomas Varholak
Scott_varholak@fd.org,scottvarholak@msn.com,COX_ECF@fd.org


   *s/Barbara Gardalen*
BARBARA GARDALEN
Legal Assistant
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax:   (303) 454-0403
barbara.gardalen@usdoj.gov

-3-