IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-mj-01091-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE RAMON CRUZ-GAMEZ,

       Defendant.

---

## PROPOSED ORDER

The Court has for consideration the government's Motion to Withdraw and Termination of Electronic Service.  Upon consideration, it is

ORDERED that the government's Motion is granted.  AUSA Martha A. Paluch is hereby allowed to withdraw and electronic service is terminated from this case as she is no longer counsel of record.

IT IS SO ORDERED on this _____ day of _____, 2013.

                                       BY THE COURT:

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE
                                       UNITED STATES DISTRICT COURT
                                       DISTRICT OF COLORADO