IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-mj-01091-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE RAMON CRUZ-GAMEZ,

       Defendant.

---

### ~~PROPOSED~~ ORDER

---

The Court has for consideration the government's Motion to Withdraw and Termination of Electronic Service.  Upon consideration, it is

ORDERED that the government's Motion is granted.  AUSA Martha A. Paluch is hereby allowed to withdraw and electronic service is terminated from this case as she is no longer counsel of record.

IT IS SO ORDERED on this   14th   day of   June  , 2013.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO