IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell,　　　　　　　　　　　　　　　　　Room A-105, Alfred A. Arraj U.S. Courthouse
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　　　　　901 19th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80294-3589
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone (303) 844-3433
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.cod.uscourts.gov

June 14, 2013

Frank E. Moss, United States Courthouse

350 South Main Street, Room 150

Salt Lake City, UT 84101

Colorado Case Number: 13-mj-01091-CBS
Receiving Court Case Number: 10-cr-00075-001-DAK

Jose Ramon Cruz-Gamez


Dear Clerk:


The above numbered case has been ordered transferred to your district pursuant to order of court.


You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.


Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.


Very truly yours,

Jeffrey P. Colwell, Clerk


By: s/ S. Grimm
　　　Deputy Clerk