**FILED
U.S. DISTRICT COURT

2013 JUN 17  D 12F08

DISTRICT OF UTAH

BY: _____
     DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 14, 2013

Frank E. Moss, United States Courthouse
350 South Main Street, Room 150
Salt Lake City, UT 84101

Colorado Case Number: 13-mj-01091-CBS
Receiving Court Case Number: 10-cr-00075-001-DAK
Jose Ramon Cruz-Gamez

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
    Deputy Clerk

*[signature]*
6/17/13

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2013

JEFFREY P. COLWELL
CLERK**