IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 26, 2013

Frank E. Moss United States Courthouse
350 South Main Street, Room 150
Salt Lake City, UT 84101

Colorado Case Number: 13-mj-01091-CBS
Receiving Court Case Number: 10-cr-00075-001-DAK
Case Name: **Jose Ramon Cruz-Gamez**

Dear Clerk:

The above numbered case has been ordered transferred **back to our district** pursuant to order of court, dated June 26, 2013.

Included with this letter is the

__X__ Copy of Order to transfer case back to U.S. District Court, District of Colorado.

_____ Check for the amount of the bond

_____ Passport

Please acknowledge receipt by returning a date stamped copy of this letter in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/N. Marble_____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 26, 2013

Frank E. Moss United States Courthouse
350 South Main Street, Room 150
Salt Lake City, UT 84101

Colorado Case Number: 13-mj-01091-CBS
Receiving Court Case Number: 10-cr-00075-001-DAK
Case Name:  **Jose Ramon Cruz-Gamez**

Dear Clerk:

The above numbered case has been ordered transferred **back to our district** pursuant to order of
court, dated June 26, 2013.

Included with this letter is the

__X__ Copy of Order to transfer case back to U.S. District Court, District of Colorado.

_____ Check for the amount of the bond

_____ Passport

Please acknowledge receipt by returning a date stamped copy of this letter in the enclosed
envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/N. Marble_____
        Deputy Clerk