IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 26, 2013

Frank E. Moss United States Courthouse
350 South Main Street, Room 150
Salt Lake City, UT 84101

Colorado Case Number: 13-mj-01091-CBS
Receiving Court Case Number: 10-cr-00075-001-DAK
Case Name: **Jose Ramon Cruz-Gamez**

Dear Clerk:

The above numbered case has been ordered transferred **back to our district** pursuant to order of court, dated June 26, 2013.

Included with this letter is the

__X__ Copy of Order to transfer case back to U.S. District Court, District of Colorado.

____ Check for the amount of the bond

____ Passport

Please acknowledge receipt by returning a date stamped copy of this letter in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/N. Marble
    Deputy Clerk

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 2 8 2013
BY D. MARK JONES, CLERK
DEPUTY CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL - 5 2013
JEFFREY P. COLWELL
CLERK